

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00152-CR

JASON TRUVER, Appellant

§ On Appeal from the 371st District Court

§ of Tarrant County (0743445)

V.

§ December 17, 2020

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack